# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**                    **CASE NO. 26-cr-00087-01**

**VERSUS**                                      **JUDGE TERRY A. DOUGHTY**

**RODERICK JOHNSON (01)**                       **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED in Monroe, Louisiana, this 1st day of July, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE